## Mrs. F. E. BARRON v. STATE.
### No. 13844.

Court of Criminal Appeals of Texas.
Dec. 17, 1930.

Rehearing Denied Feb. 4, 1931.

Jno. L. Ratliff, of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is aggravated assault; penalty, a fine of $200.

The record is accompanied by neither bills of exceptions nor statement of facts. No error has been perceived.

The judgment is affirmed.

### On Motion for Rehearing.

LATTIMORE, J.

Appellant urges that the verdict is excessive and not warranted by the facts. The trouble is that there are no facts before us; hence no way of appraising the complaint. In the absence of a statement of facts, we must hold the motion of appellant is without merit.

The motion for rehearing will be overruled.

## Roy DUTY v. STATE.
### No. 14075.

Court of Criminal Appeals of Texas.
Jan. 14, 1931.

See, also, 25 S.W.(2d) 834.

Baskett & DeLee, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for rape; punishment, six years in the penitentiary.

We find in the record neither bills of exception nor statement of facts. There appear what might be termed exceptions to the charge of the court, but same are in no way verified or approved by the trial judge.

No error appearing, the judgment will be affirmed.

## W. C. HICKEY v. STATE.
### No. 14144.

Court of Criminal Appeals of Texas.
Feb. 4, 1931.

A. A. Dawson, of Canton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for rape; punishment, twenty-five years in the penitentiary.

The record is before us without any bills of exception. Nor does any testimony appear to have been introduced in behalf of the accused. The prosecuting witness, a girl 13 years old, testified fully to acts of illicit intercourse between her and the appellant. She is corroborated by a doctor who examined her, and by her mother as to her age.

No error appearing, the judgment will be affirmed.